UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECRETARY OF LABOR,

      Plaintiff,                                      Case No. 1:07-cv-619

v.                                                   Hon. Janet T. Neff

ORIENTAL FOREST PALACE, INC.,
et al.,

      Defendants.
_____/

**ORDER AND JUDGMENT
APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 9, 2009, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that the Secretary of Labor's Motion for the Entry of an Order Under Rule 37(b) of the Federal Rules of Civil Procedure (Dkt. 39) is **GRANTED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that the Default Judgment on all liability issues is entered in favor of plaintiff and against all defendants.

Dated: March 24, 2009                            /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                   UNITED STATES DISTRICT JUDGE