UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELAINE L. CHAO,

    Plaintiff,

Case No. 1:07-cv-619

v.

Hon. Janet T. Neff

ORIENTAL FOREST PALACE,
INC., et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed September 23, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Secretary of Labor's Motion for Entry of an Injunction and a Monetary Judgment (Dkt. #47) is **GRANTED**.

IT IS FURTHER ORDERED that a judgment shall enter.


Dated: October 16, 2009

/s/Janet T. Neff
JANET T. NEFF
UNITED STATES DISTRICT JUDGE